AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Alfeu Barbosa<br><br>*Defendant(s)* | Case No.<br>22-mj-1269-DLC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2022__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1951 | robbery affecting commerce |

This criminal complaint is based on these facts:

Please see attached affidavit of Jason Kentros, incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jason Kentros, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/29/2022

*Judge's signature*

City and state: BOSTON, MA        Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*