# AFFIDAVIT OF SPECIAL AGENT JASON KENTROS IN SUPPORT OF APPLICATION FOR A COMPLAINT

I, Jason Kentros, depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2017. I am assigned to the FBI Boston Division's Violent Crimes Task Force ("VCTF"), which comprises law enforcement officers from the FBI, Massachusetts State Police ("MSP"), and other local police departments. As a member of the VCTF, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. I make this affidavit in support of an application for a complaint charging Alfeu Barbosa, YOB 1997 ("BARBOSA"), with affecting commerce by robbery, in violation of 18 U.S.C. § 1951.

3. The statements in this affidavit are based in part on information provided by other law enforcement officers, statements of witnesses, information gleaned from third parties, and on other aspects of my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the complaint.

## STATEMENT OF PROBABLE CAUSE

4. On Sunday, June 12, 2022, at approximately 10:19 p.m., three masked men, one of whom was displaying a firearm, entered ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ located at ▮▮▮▮▮▮▮▮▮▮▮▮, Stoneham, Massachusetts (the "Stoneham Spa"), and robbed it. I am aware, based on my

interview of the owner[1] of the spa, that the spa offers massage, skin care, and therapeutic services and utilizes products from out of state, employs out of state employees, and processes credit cards as a form of payment for services.

5. A report by the Stoneham Police Department[2] includes, in part, the following information. At around 10:19 p.m. officers went to the Stoneham Spa in response to a report of an armed robbery involving a gun. An officer spoke to a male victim ("MV1"), a client of the Stoneham Spa, who stated that three masked individuals entered the spa and robbed it. MV1 stated two of the robbers appeared to be white under their masks and a third appeared to be black. MV1 stated that one of the men was carrying a small black handgun. MV1 stated that he was tied up and that they (the robbers) "took the money." A female victim who is also an employee of the Stoneham Spa confirmed with Stoneham Police that the robbers took cash out of the register, but she was not sure how much.

6. Stoneham Police also spoke with another male victim[3] ("MV2"). MV2 informed Stoneham Police that he was in a back room with one of the female employees when two

---

[1] The owner's identity is known to me but is redacted here for her privacy. Similarly, the identities of all other civilians referenced herein are known to law enforcement but are redacted here for their privacy.

[2] The Stoneham report, which was written at or around 12:40 a.m. on June 13, 2022, incorrectly lists the date of the incident as June 13, 2022. The patrol officer who wrote the report confirmed with Stoneham Police Detective Steve Carroll that the actual date of the incident was June 12, 2022.

[3] According to the Stoneham Police report, there were as many as six female victims in the Stoneham Spa at the time of the robbery. All female victims appeared to be employees of the store except for one who was there to receive a ride home. All of the female victims spoke limited English; one of the victims informed Stoneham Police that she spoke Chinese. Much of the information contained in the report was provided by the two male victims who spoke English. Because of this language barrier, the information initially provided by the female victims without translation services is limited in nature.

2

men wearing ski masks entered the Spa.[4]  The men instructed MV2 to "look down, not do anything, and that no one would get hurt." One of the robbers was giving demands and demanding to know where the money was located.  The same robber who was giving verbal commands instructed the second robber to duct tape the victims.  MV2 had his hands and ankles duct taped.  MV2 observed the robber duct tape the wrists of the female victims.  The robbers went through the pockets of MV2 and took his license, gift cards, debit card, company card, credit card, and approximately $600 dollars.  MV2 described one of the men he believed was the leader as having a deep voice.  MV2 stated that at least one of the men was dark-skinned, he believed black; that one of the robbers who stood by the door was approximately 6'1" and had a husky build; and that the robber giving commands was approximately 5'8" and was skinny.  MV2 and a female employee did not believe the men were wearing gloves.

7. In addition to the cash and personal belongings of MV2, the robbers also took at least three cell phones belonging to three of the female victims present at the Spa during the robbery.

8. Stoneham Police were able to review and obtain copies of surveillance footage from the date and time of the robbery. The images depict three individuals entering the store, two of whom appear to be wearing black or dark-colored hooded sweatshirts or jackets, and one of whom is wearing a hooded sweatshirt or jacket ▮▮▮▮▮▮▮▮▮▮▮▮.  Based on review of the surveillance footage, Stoneham Police also believe the robbers were driving a dark-colored Jeep SUV[5] during the robbery.

---

[4] Surveillance images obtained from CCTV cameras within the Stoneham Spa confirmed there were three individuals who entered the Spa.

[5] It appears to be either a Cherokee or Grand Cherokee.

9. Surveillance footage depicts a Jeep SUV pulling into the strip mall located at 66 Montvale Ave at approximately 9:49 p.m. The Jeep circles around the front of the strip mall (where the entrance to the Stoneham Spa is located) and drives around to the back of the strip mall. I am aware that there are no surveillance cameras in the rear of the building, as the main parking area for guests is located in the front of the building; therefore, after the Jeep SUV travelled behind the building, it no longer appears in the footage. At approximately 9:51 p.m. three individuals whose appearance is consistent with the victims' description of the robbers can be seen walking towards the front of the building via an alleyway that cuts through the center of the strip mall. They then enter the spa. At approximately 9:59 p.m. the front bumper of what appears to be a Jeep SUV can be seen pulling up that alleyway into surveillance camera range before stopping and reversing back out of sight. At approximately 10:03 p.m., the same three individuals can be seen exiting the spa and heading back up the alleyway towards the rear of the building. At or around the same time, a Jeep SUV remerges from the rear of the building and departs the service plaza from the same way it entered.

10. The following day, one of the female victims whose phone was stolen was able to obtain a new phone. The female victim utilized the find my iPhone[6] function to locate her stolen phone. She informed Stoneham Police that the GPS location for her phone was shown to be in the area of the Stoneham Spa. Stoneham Police responded to the Stoneham Spa, accessed the roof, and discovered the female victim's phone on the roof of the Stoneham Spa. Stoneham Police collected the phone as evidence and submitted the phone for

---

[6] Find My iPhone is an app and service provided by Apple Inc. that allows remote locating of Apple iOS devices, including iPhones.

fingerprint analysis to the Massachusetts State Police Crime Lab in Danvers, Massachusetts. (There were also two other phones recovered – one belonged to the spa and one belonged to another female victim.)

### Identification of BARBOSA

11. Massachusetts State Police were able to recover various latent prints, including a latent palm print, from the phone recovered from the roof of the Stoneham Spa. I am aware that personnel from the Crime Scene Services Section of the lab delivered a "verbal result" in accordance with accreditation requirements to Stoneham Police indicating that analysis of the latent palm print had resulted in the identification of Alfeu BARBOSA (YOB 1997).

12. I have reviewed BARBOSA's criminal record, which shows that BARBOSA was convicted in Middlesex Superior Court Docket 2181CR00492 of armed robbery, assault and battery with a dangerous weapon, assault and battery causing serious bodily injury, assault with a dangerous weapon, two counts of assault and battery, and intimidation of a witness. On April 8, 2022, he was sentenced on the assault and battery convictions to two and a half years in the House of Correction, suspended for three years (with credit for the 269 days he was detained pursuant to the Massachusetts dangerousness statute); and on all of the other charges, to three years' probation. I have reviewed certain portions of the docket and am aware that as a condition of that probation, BARBOSA is ordered to comply with GPS monitoring.[7]

---

[7] I have reviewed police reports related to this docket, which indicate that on or about July 25, 2021, BARBOSA robbed De Onzen Spa in Waltham. During that robbery, BARBOSA threatened employees and patrons at knifepoint, stole their phones, and punched one victim in the face, causing an orbital fracture.

13. BARBOSA is also currently on pretrial release in Suffolk Superior Court Docket 2184CR00805, in which he is charged with breaking and entering in the daytime with the intent to commit a felony and larceny from a building. I understand that the indictments in that case relate to an incident in Dorchester that predates the conduct underlying the Middlesex conviction. BARBOSA's record shows that he has been previously convicted of resisting arrest, breaking and entering in the daytime with the intent to commit a felony, larceny over $250, and breaking and entering in the nighttime with the intent to commit a felony.

14. Agents with FBI Boston were able to obtain GPS data associated to the ankle bracelet registered to BARBOSA.[8] Review of that data revealed that BARBOSA's ankle bracelet was within the vicinity of the Stoneham Spa at or around the time of the robbery. Following the Stoneham robbery, the bracelet then returned to the vicinity of BARBOSA's residence in Burlington, MA.

## CONCLUSION

15. Based on the foregoing, I submit that there is probable cause to believe that on June 12, 2022, BARBOSA did obstruct, delay and affect, in any way and degree, commerce and the movement of any article and commodity in commerce, by robbery, as that term is defined in Title 18, United States Code, section 1951; that is, by taking and obtaining property, consisting of money and other valuable items, from the owners of the property against their will by means of actual and

---

[8] The Massachusetts Probation Service's Electronic Monitoring (ELMO) monitors criminal offenders within the state whose conditions of release or probation require GPS Monitoring. I know based upon my training and experience this is done by securing a device to the individual's ankle. These devices remain on the person 24 hours a day and cannot be removed. Should an individual remove the bracelet, the probation department would receive notification that the bracelet had been removed.

threatened force, violence, and fear of injury, in violation Title 18, United States Code, Section 1951.

Sworn to under the pains and penalties of perjury,

_____
Jason Kentros
FBI Special Agent

Sworn to before me by telephone in accordance with Fed. R. Crim. P. 4.1 on this 29th day of June 2022.

_____
Hon. Donald L. Cabell
United States Magistrate Judge